*Mr. Harry Meyer,* for Appellant.

*Mr. John G. Brown,* for Respondent.

---

No. 4,896.—VICTORIA HAYDEN, APPELLANT, *v.* MARY E. LALOR, RESPONDENT.

*Appeal from District Court, Granite County; Geo. B. Winston, Judge.*

Decided June 29, 1921.

PER CURIAM.—Upon stipulation of the parties, the appeal in the above-entitled cause is dismissed.

*Mr. J. J. McDonald, Mr. E. F. Flynn* and *Mr. S. P. Wilson,* for Appellant.

*Messrs. Cooper, Stephenson & Hoover* and *Messrs. Rodgers & Rodgers,* for Respondent.

---

No. 4,897.—STATE EX REL. HAROLD WORDAL, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for Writ of Supervisory Control directed to the District Court of the Fourth Judicial District, and Asa L. Duncan, a Judge thereof.

Decided June 30, 1921.

PER CURIAM.—The application of the relator for writ of supervisory control is, after due consideration, denied.